# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 27, 2006

130177

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

                                            SC:  130177
                                            COA:  263101

DOLPH CLARK,
       Defendant-Appellant.

Wayne CC:  99-006862-01

_____/

On order of the Court, the application for leave to appeal the October 26, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 27, 2006

s0320

_____
Clerk